UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..........................................................

JANIS GRIECO,                                      ORDER OF DISCONTINUANCE

                    Plaintiff(s),                  CV-11-4998 (CBA)

        -against-

SKYLINE CRUISE LINES, INC.,                        **FILED**
                                                   IN CLERK'S OFFICE
                    Defendant(s)                   U.S.

..........................................................      JUN 21 2012

AMON, J.

        It having been reported to the Court that the above action has been settled, it is

        ORDERED that the action is hereby discontinued without prejudice to the right to

reopen the action in 45 days if the settlement is not consummated.

        SO ORDERED.

Dated:  Brooklyn, New York
        June 20 , 2012


                                        _____ CBA _____
                                        Carol Bagley Amon
                                        Chief United States District Judge